JS-6

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CHANGMIN LIANG | ) | No. ED CV 19-02015-AB-KK |
| Plaintiff, | ) | |
| | ) | ORDER TO DISMISS CASE IN ITS ENTIRETY AND WITH PREJUDICE |
| vs. | ) | |
| | ) | |
| IRENE MARTIN | ) | |
| Director San Bernardino Service Center, USCIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

//

//

//

-1-

IT IS ORDERED that, pursuant to the stipulation by parties filed on June 5, 2020 and Plaintiff having withdrawn his Petition for Writ of Mandamus, this case is hereby dismissed in its entirety, with prejudice.

Dated:  June 9, 2020    _____
                                 Honorable André Birotte Jr.
                                 UNITED STATES DISTRICT JUDGE